**Order filed February 17, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00134-CV

_____

### HARTFORD FINANCIAL SERVICES GROUP, INC., Appellant

### V.

### JOSE LUIS SANCHEZ, ET. AL., Appellees

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2010-15489**

## O R D E R

This is an accelerated appeal from an interlocutory order issued January 30, 2012. On February 17, 2012, appellant filed a motion in this court requesting temporary orders pursuant to Texas Rule of Appellate Procedure 29. Rule 29.3 provides that in an appeal from an interlocutory order, an appellate court may make "any temporary orders necessary to preserve the parties' rights until disposition of the appeal and may require appropriate security." Tex. R. App. P. 29.3.

Appellant requests that we stay production of discovery in the underlying case pending disposition of the interlocutory appeal. It appears from the facts stated in the

motion that appellant's rights may be prejudiced unless immediate temporary relief is granted. Accordingly, we grant the motion and issue the following order.

We therefore ORDER that discovery proceeding in the court below be stayed in trial court cause number 2010-15489, styled *Jose Luis Sanchez, et. al. v. Hartfor Insurance Company of the Midwest, et. al.* The order is stayed until final decision by this court in this interlocutory appeal or until further orders of this court.

Appellees are requested to file a response to appellant's motion on or before February 24, 2012.

PER CURIAM